

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| READYONE INDUSTRIES, INC. AND IRMA RIVERA, | § | No. 08-14-00263-CV |
| | § | Appeal from the |
| Appellants, | § | 243rd District Court |
| v. | § | of El Paso County, Texas |
| MANUEL RAMIREZ, | § | (TC# 2014-DCV1389) |
| Appellee. | § | |
| | § | |

**O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **January 23, 2015.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Alex Acosta, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before January 23, 2015.

IT IS SO ORDERED this 12th day of January, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.
(Hughes, J., not participating)